AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2020

SEAN F. McAVOY, CLERK

|                              |   |                 |
|------------------------------|---|-----------------|
| _____  | ) |                 |
| *Plaintiff*                  | ) |                 |
| v.                           | ) | Civil Action No. |
|                              | ) |                 |
|                              | ) |                 |
| _____  |   |                 |
| *Defendant*                  |   |                 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:




This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on cross-motions for summary judgment.



Date: _____                                       *CLERK OF COURT*

                                                            _____

                                                            _____
                                                            *(By) Deputy Clerk*